Compas Medical, P.C., as Assignee of Robinson, Anthony, Appellant, 
against
Citiwide Auto Leasing, Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Palmieri, Castiglione & Nightingale, P.C. (Michael S. Nightingale, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered July 21, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground, among others, that the claims at issue had been untimely submitted (see 11 NYCRR § 65-1.1). 
Contrary to plaintiff's argument, the proof it submitted in opposition to defendant's motion was insufficient to raise a triable issue of fact as to whether the claims at issue had been timely mailed, as the affidavit of plaintiff's principal does not state that the claims were sent to defendant.
In light of the foregoing, plaintiff's remaining arguments are academic.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur. 
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 22, 2017